Raphael Springer, Appellant, v. Bernard Schnitz-

FIRST DEPARTMENT, MARCH TERM, 1888.

ler and others, Respondents. — Judgment affirmed, with costs. Opinion by Daniels, J.